UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Applies to:<br><br>*American Eagle Outfitters, Inc., v. Visa Inc., et al.,* 14-cv-00321(MKB)(JO). | No. 05-md-1720(MKB)(JO)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS** |

WHEREAS, American Eagle Outfitters, Inc. ("American Eagle"), the only plaintiff in *American Eagle Outfitters, Inc., v. Visa Inc., et al.,* 14-cv-00321 (E.D.N.Y) (MKB) (JO) (the "AEO Action"), originally filed in the Western District of Pennsylvania at Case No. 2:13-cv-01290-AJS and subsequently transferred to and included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-md-01720 (E.D.N.Y.) (MKB) (JO) ("MDL 1720"), and Visa Inc., Visa U.S.A. Inc., Visa International Service Association, MasterCard Incorporated, and MasterCard International Incorporated ("Defendants"), which are all of the defendants in the AEO Action, by and through their respective undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a), that American Eagle's claims and action against Defendants be dismissed without prejudice to American Eagle to pursue its claims as a member of any litigation or settlement class, and with each side to bear its own attorneys' fees and costs.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The claims and action of American Eagle be, and hereby are, dismissed without prejudice and with each side to bear its own attorneys' fees and costs.

2. In the event that American Eagle, or any of its related or affiliated entities, refiles any action that relates to the subject matter of claims asserted in MDL 1720, such action will be filed in federal court. Further, each plaintiff in such later filed action will consent to, and not oppose, the inclusion of that action in MDL 1720 (if the action is filed in this Court) or the transfer of that action to MDL 1720 for coordinated or consolidated pre-trial proceedings (if the action is filed in any other federal court). Additionally, Defendants will not assert as to such a refiled action a statute of limitations defense based on the filing or pendency of the AEO Action or its dismissal.

3. Nothing in this stipulation or order shall preclude American Eagle or its related or affiliated entities from pursuing claims as members of any litigation or settlement class in MDL 1720 or from opting out of any future litigation or settlement class certified in MDL 1720 if opt-out rights are afforded to that class.

Dated: October 23, 2017

                                                    **GORDON & REES LLP**

By: _____
    S. Manoj Jegasothy
    mjegasothy@grsm.com
    Richard T. Victoria
    rvictoria@grsm.com

707 Grant Street, Suite 3800
Pittsburgh, PA 15219
(412) 577-7400
Fax: (412) 347-5461

*Attorneys for Plaintiff American Eagle Outfitters, Inc.*

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ Robert Mason
Robert C. Mason
250 West 55th Street
New York, NY 10019
(212) 836-8000
robert.mason@apks.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
(415) 471-3100
robert.vizas@apks.com

Mark R. Merley
Matthew A. Eisenstein
601 Massachusetts Ave., NW
Washington, DC 20001
(202) 942-5000
mark.merley@apks.com
matthew.eisenstein@apks.com

HOWELL SHUSTER & GOLDBERG LLP

Michael S. Shuster
Demian A. Ordway
750 Seventh Ave, 26th Floor
New York, NY 10019
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association,*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Gary Carney
Gary R. Carney
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
gcarney@paulweiss.com

3

                              Kenneth A. Gallo
                              2001 K Street, NW
                              Washington, DC  20006
                              (202) 223-7300
                              kgallo@paulweiss.com

*Attorneys for Defendant MasterCard Incorporated and MasterCard International Incorporated*

**SO ORDERED:**

Dated: _____    _____
       Brooklyn, New York                              United States District Judge